IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CHRIS ALLEN BROWNFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 21-1157-KHV |
| **JEFF GOLDRING,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## **ORDER**

The Court has been informed that the parties have resolved this matter.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before **July 18, 2022**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of plaintiff's claims under Rule 41(a)(2).

Should the parties move to reopen the case within the allotted timeframe, they should be prepared to proceed with trial on the previously scheduled date of October 17, 2022 at 9:00 AM at the federal courthouse in Kansas City, Kansas.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2022 at Kansas City, Kansas.

                                          s/ Kathryn H. Vratil
                                          KATHRYN H. VRATIL
                                          United States District Judge