IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRIS ALLEN BROWNFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:21-cv-01157-KHV-ADM |
| | ) | |
| KANSAS DEPARTMENT OF CORRECTIONS; CORIZON HEALTH, INC.; JEFF GOLDRING, individual capacity; BRETT PETERS, individual capacity; JOHN GOODSON, individual capacity; LAURA GARDNER, individual capacity; CHANTEL L. ABEL, individual capacity; MICHELLE L. LAYTON, individual capacity; BEVERLY JACKSON, individual capacity; NANCY BRAYSHAW, individual capacity; CHASATIE WISDOM, individual capacity; EDWARD GARNETT, individual capacity; ANGELA ROBINSON, individual capacity; JOHN DOE #1, individual capacity; JOHN DOE #2, individual capacity; JOHN DOE #3, individual capacity; JOHN DOE #4, individual capacity; and JOHN DOE #5, individual capacity; | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL**

Pursuant to D. Kan. Local Rule 6.1(a), Plaintiff Chris Brownfield ("Plaintiff") and Defendants Corizon LLC and the Kansas Department of Corrections, Jeff Goldring, Brett Peters, John Goodson, Laura Gardner, Chantel L. Abel, Michelle L. Layton, Beverly Jackson, Nancy Brayshaw, Chasatie Wisdom, Edward Garnett, and Angela Robinson (collectively, "Defendants") (Plaintiff and Defendants are collectively the "Parties") respectfully submit this Joint Motion for a 45-day extension to file a Stipulation of Dismissal. The Court's Order (Dkt. No. 106) entered June 8, 2022, states that on or before July 18, 2022, "the parties shall file a

stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure." Through this Joint Motion, the Parties respectfully request that the Court extend the July 18, 2022 deadline by 45 days, allowing the Parties until September 1, 2022 to file a stipulation of dismissal. In support of this Joint Motion, the Parties state as follows:

1. The Parties mediated this case on March 24, 2022 and reached a preliminary settlement agreement at the conclusion of the mediation, subject to, among other things, certain of the Defendants receiving additional settlement authority and the Parties negotiating and executing separate releases.

2. Settlement authority was confirmed for the last Defendant on May 18, 2022.

3. Counsel for the Parties have been diligently working to negotiate and execute a settlement and release agreement.

4. This process has been complicated by the Plaintiff's status as an inmate, as there have recently been unanticipated delays in Plaintiff's receipt of draft documents that have been sent to him in the mail for his review and in Plaintiff's ability to discuss the draft documents with counsel due to inconsistent access to a telephone.

5. Mr. Brownfield and the Corizon Defendants have executed all necessary settlement documents, such that the Parties have a legally enforceable settlement and the last settlement obligation pursuant to the settlement documents is scheduled to be satisfied in the next seven weeks. Mr. Brownfield recently executed necessary settlement documents with respect to the KDOC Defendants, and the KDOC Defendants expect to be able to obtain necessary signatures by early next week, after necessary parties return from being away from the office.

6. This is the Parties' first request for an extension of the Stipulation of Dismissal deadline and no other previous extensions have been granted to this deadline.

7. The current deadline for Parties to file their Stipulation of Dismissal has not expired.

8. This extension is sought in good faith and the Parties do not believe the granting of this extension will prejudice any party.

WHEREFORE, the Parties respectfully jointly request that the Court grant this Joint Motion and extend the deadlines to file the Stipulation of Dismissal 45 days, up to and including September 1, 2022.

DATED: July 14, 2022                                Respectfully submitted,

*/s/ Patrick A. Edwards*
Patrick A. Edwards (KS #24553)
Christina J. Hansen (KS #26008)
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, Kansas 67206-6620
Phone: (316) 268-7938
Fax: (316) 268-9792
patrick.edwards@stinson.com
christina.hansen@stinson.com
Attorneys for Plaintiff Chris Allen Brownfield

*/s/ Whitney Casement*
Kate Marples Simpson
Stevens & Brand, LLP
ksimpson@stevensbrand.com
Attorney for Defendants Jeff Goldring, Edward Garnett, Angela Robinson, Bret Peters and John Goodson

*/s/ Richard M. Acosta*
Roger W. Slead
Richard M. Acosta
Horn Aylward & Bandy, LLC
rslead@hab-law.com
racosta@hab-law.com
Attorneys for Defendants Corizon, LLC, Chasatie Wisdom, Chantel Abel, Michelle Layton, Beverly Jackson and Nancy Brayshaw

3