# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRIS ALLEN BROWNFIELD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-cv-01157 |
| | ) |
| **KANSAS DEPARTMENT OF CORRECTIONS; CORIZON HEALTH, INC.; JEFF GOLDRING,** individual capacity; **BRETT PETERS,** individual capacity; **JOHN GOODSON,** individual capacity; **LAURA GARDNER,** individual capacity; **CHANTEL L. ABEL,** individual capacity; **MICHELLE L. LAYTON,** individual capacity; **BEVERLY JACKSON,** individual capacity; **NANCY BRADSHAW,** individual capacity; **CHASATIE WISDOM,** individual capacity; **EDWARD GARNETT,** individual capacity; **ANGELA ROBINSON,** individual capacity; **JOHN DOE #1,** individual capacity; **JOHN DOE #2,** individual capacity; **JOHN DOE #3,** individual capacity; **JOHN DOE #4,** individual capacity; and **JOHN DOE #5,** individual capacity; | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

COME NOW the plaintiff Chris Allen Brownfield and defendants Chasatie Wisdom, Chantel Abel, Michelle Layton, Beverly Jackson and Nancy Brayshaw, by and through the undersigned counsel, to stipulate to a dismissal, without prejudice, of defendants Chasatie Wisdom, Chantel Abel, Michelle Layton, Beverly Jackson and Nancy Brayshaw only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/ Patrick A. Edwards* | */s/ Roger W. Slead* |
| Patrick A. Edwards (KS #24553) | Roger W. Slead        KS # 13574 |
| Christina J. Hansen (KS #26008) | rslead@hab-law.com |
| STINSON LLP | Richard M. Acosta     KS # 23239 |
| 1625 N. Waterfront Parkway, Suite 300 | racosta@hab-law.com |
| Wichita, Kansas 67206-6620 | Horn Aylward & Bandy, LLC |
| Phone: (316) 268-7938 | 2600 Grand Boulevard, Suite 1100 |
| Fax: (316) 268-9792 | Kansas City, Missouri    64108 |
| patrick.edwards@stinson.com | (816) 421-0700 |
| christina.hansen@stinson.com | (816) 421-0899 Fax |
| **Attorneys for Plaintiff Chris Allen Brownfield** | **Attorneys for Defendants Chasatie Wisdom, Chantel Abel, Michelle Layton, Beverly Jackson and Nancy Brayshaw** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2022, the foregoing was filed through the Court's electronic filing system which will provide notice and make a copy foregoing available to all counsel who have appeared in this matter.

*/s/ Patrick A. Edwards*
Attorney

2